**Order filed August 11, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00521-CV
_____

## CHRISTOPHER TROY BUSHLOW, Appellant

## V.

## KIMBERLY TRICKETT BUSHLOW, Appellee

**On Appeal from the 231st District Court
Tarrant County, Texas
Trial Court Cause No. 231-633972-18**

## ORDER

Appellant has filed a motion challenging the trial court's denial of his request for a free reporter's record on appeal. Pursuant to Rule 145(g)(3) of the Texas Rules of Civil Procedure, we order the Tarrant County District Clerk and the court reporter for the 231st District Court to prepare and file with this court the record of all trial court proceedings on appellant's claim of indigence. *See* Tex. R. Civ. P. 145(g)(3). The record of the trial court proceedings on appellant's claim of indigence must be provided without charge and filed with this court on or before **August 25, 2022**.

Any response to appellant's motion challenging the ruling by the trial court is due on or before **September 1, 2022**.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.